JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Swiss Re Corporate Solutions America Insurance Corporation,<br><br>    Plaintiff<br><br>    vs.<br><br>Service Master Global Holdings Inc. et al<br><br>    Defendant. | CASE NO.: 2:23-cv-01880-SVW-PD<br><br>JUDGMENT |

    Judgment is entered for Defendant and against Plaintiff, pursuant to the Court's orders, Dkt. 66 and Dkt. 103.

DATE: August 7, 2024

_____

STEPHEN V. WILSON, U.S. DISTRICT JUDGE